IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HASKER BOOKER** *et al*, : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 22-1829** |
| : | |
| **USAA GENERAL INDEMNITY** : | |
| **COMPANY** : | |
| : | |

**ORDER**

This 21st day of June, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant' Motion to Dismiss Counts II and III of the Complaint, ECF 4, is **GRANTED** in part and **DENIED** in part.  Count III of Plaintiffs' Complaint is **DISMISSED** with prejudice**.**


       /s/ Gerald Austin McHugh
United States District Judge