IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASKER BOOKER and MONICA WASHINGTON BOOKER, | : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : | No. 22-1829 |
| | : | |
| USAA GENERAL INDEMNITY COMPANY, | : | |
| Defendant. | : : | |

## ORDER

This 7th day of March, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment on Count II, ECF 20, is **GRANTED**.

2. Count II of Plaintiffs' Complaint is **DISMISSED** with prejudice.

    /s/ Gerald Austin McHugh
United States District Judge